In the Matter of the Claim of DOMINICK SAITTA, Respondent, v. NAMAR, INC., Appellant. WORKMEN'S COMPENSATON BOARD, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.